UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14174-CIV-CANNON/Maynard

**SAMANTHA SAMBLAS**
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**GROZA BUILDERS, INC.,**

    Defendant,
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on December 27, 2024 [ECF No. 19]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendant, effective December 27, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 19].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of December 2024.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record